UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SATURINO LOPEZ GONZALEZ,

        Petitioner,

v.                                                Case No: 5:22-cv-585-TPB-PRL

WARDEN, FCC COLEMAN - LOW,

        Respondent.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner Saturino Lopez Gonzalez initiated this action on November 18, 2022, by filing a pro se Petition for Writ of Habeas Corpus (Doc. 1). On November 25, 2022, the Court directed Petitioner to pay the filing fee or file an application to proceed *in forma pauperis* (IFP) within 30 days of the filing of his case. *See* Order (Doc. 2). Petitioner failed to comply or request additional time within which to do so.

Therefore, on January 10, 2023, the Court directed Petitioner to show cause why this case should not be dismissed and pay the $5.00 filing fee or file an application to proceed IFP within twenty-one days from the date of the order. *See* Order to Show Cause (Doc. 3). The Court advised Petitioner that failure to timely comply may result in the dismissal of this case without further notice.

In prosecuting this action, Petitioner is responsible for complying with this Court's Orders. As of the date of this Order, he has neither complied with the Court's Orders (Docs. 2, 3), explained his noncompliance, nor requested additional

time to comply. Given that the designated time to respond to the Court's Order (Doc. 3) passed on January 31, 2023, this Court concludes that the dismissal of this case for failure to prosecute is appropriate at this time. *See* M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal.").

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice** for Petitioner's lack of prosecution.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Tampa, Florida, this 10th day of February, 2023.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**

Jax-7
c:
Saturino Lopez Gonzalez, #55683-509